# Exhibit 2

(Under seal)

# Exhibit 3

(Under Seal)

# Exhibit 4

(Under seal)